[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 201.]

WHITE ET AL., APPELLEES, *v.* CITY OF DAYTON, APPELLANT, ET AL.

[Cite as *White v. Dayton*, 2001-Ohio-253.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(Nos. 00-553 and 00-554—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL from and CERTIFIED by the Court of Appeals for Montgomery County, No. 17714.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Jeffrey R. McQuiston, Richard S. Skelton* and *Richard D. Donenfeld,* for appellees.

*J. Rita McNeil,* Director of Law; *Freund, Freeze & Arnold, Neil F. Freund* and *Lynnette Pisone Ballato*, for appellant.

————————————